AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Wm Todd Osborne | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 05-CV-905 |
| v. | |
| Sara Sperazza | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition is dismissed without prejudice.


Date: March 10, 2006                                   RODNEY C. EARLY,
                                                                     CLERK

                                                      By:    s/Deborah M. Zeeb
                                                                   Deputy Clerk